**E-filed 7/24/07**

1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2  JAY R. WEILL (CSBN 75434)
   Assistant United States Attorney
3  Chief, Tax Division
   CYNTHIA STIER (DCBN 423256)
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-7000
   Facsimile: (415) 436-6748
7
   Attorneys for the United States of America
8
                UNITED STATES DISTRICT COURT
9               NORTHERN DISTRICT OF CALIFORNIA
                    SAN FRANCISCO DIVISION
10
   UNITED STATES OF AMERICA,            )
11                                      )   Case No. C-07-02125-JF
           Plaintiff,                   )
12                                      )
           v.                           )   **PARTIES' STIPULATED
13                                      )   REQUEST FOR ORDER OF
   LIGHTHOUSE CAPITAL CORPORATION       )   CONDITIONAL DISMISSAL
14 and ROBERT ZAMECKI, President of     )   AND [~~PROPOSED~~] ORDER**
   Lighthouse Capital Corporation,      )
15                                      )
           Defendants.                  )
16 _____ )

17         **IT IS HEREBY STIPULATED AND AGREED AND RESPECTFULLY**

18 **REQUESTED** by and between the parties to this action, as reflected by the signatures of their

19 respective counsel as set forth below, that the parties have reached a settlement in principle which

20 would resolve all issues.

21         The parties request that the Court enter a conditional dismissal for a period of 120 days to

22 allow the government to submit the settlement offer to the Assistant Attorney General of the Tax

23 Division, Washington D.C.  for approval.

24                                          Respectfully submitted,

25                                          DINAPOLI & SIBLEY

26 Dated: *July 20, 2007*                   */s/ Steven Sibley*
                                            STEVEN J. SIBLEY
27                                          Attorney for Defendants Lighthouse
                                            Capital Corp. and Robert Zamecki
28                                          Telephone: 408-999-0900
                                            Attorney for Defendants

|   |   |
|---|---|
|   | SCOTT N. SCHOOLS<br>United States Attorney |
| Dated: *July 24, 2007* | By:  */s/ Cynthia Stier*<br>CYNTHIA STIER<br>Assistant United States Attorney<br>Attorneys for the United States of America |

### ORDER

Pursuant to the Stipulation of the parties as set forth above, and for good cause shown,

**IT IS HEREBY ORDERED** that this action and all claims asserted herein are DISMISSED with prejudice.  In the event that the settlement is not reached, any party may move to reopen the case and the trial will be rescheduled, provided that such motion is filed within 120 days of this order.  All scheduled dates, including the Case Management Conference, are VACATED.

IT IS SO ORDERED.

Dated:  7/24/07

THE HONORABLE JEREMY FOGEL
UNITED STATES DISTRICT JUDGE